# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

KERRY BEGHTY JR.
Plaintiff,

NO. 1:22-CV-00070-JB-GJF
Document # 8

v.

1. San Juan County Adult Detention Center
2. Detention Officer Delbert Thomas
3. Detention Officer Joshua Shoults
4. Detention Officer Gary Coleman
5. Detention Officer Gerardo Silva
Defendant,

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 23 2022
MITCHELL R. ELFERS
CLERK

## - AMENDED CRIMINAL COMPLAINT -

4) On or about 6th day of November, 2021 05:11 C-MAX 1, San Juan County Adult Detention Center, San Juan County, New Mexico, 871 Andrea Drive, Farmington New Mexico 87401;

Plaintiff was attacked forcefully by multiple officers causing injuries to Plaintiff back/spine face. Officers force Plaintiff to a sitting position pushing down on head, neck and shoulders, causing back/spine injuries. Plaintiff was handcuffed behind his back before the assault began.

Officers caused further injury by lifting Plaintiff off the ground estimated (1) one foot (6) six inches, and slamming Plaintiff face first to the concrete causing teeth to break, injury to (Left) side of the face, and arm.

Plaintiff was handcuffed behind the back while the entire assault took place. Medical attention was refused and never given on 6th day of November, 2021. Medical form never filed 7th day of November, 2021.

Case: # 1:22-CV-00070-JB-GJF
Document # 8

5) On or about 8th day of June, 2022, Plaintiff was taken to medical assessment and reported tooth infection. Evening medical cart came through C-MAX 1, San Juan County, New Mexico 87401. Plaintiff was given medication for tooth infection. Plaintiff was unware of allergy to medication, vomiting and dizeness.

On or about 9th day of June 2022, morning Medical Cart, notified Plaintiff that the medication Amoxciline was precribe. Plaintiff signed a refused slip. Medical Staff returned admitting to not reading Plaintiff's Medical Records for allergy.

Grievance: Global Tel Link Co.

November 07, 2021  10:25  # 149121502
General Grievance/Civil Rights violation
"injury to my tooth (left) arm (left), swelling from injury both wrist (cuffed behind back) Upper left arm with metal plate (swelling)(left) Back tooth broken. Brutal force from Petterson, Athue eady"

November 07, 2021   17:07
"This is not a Medical request system. Contact any floor officer and request a Medical Attention form. These will be picked up by medical staff during morning med pass. All use of force incident are reviewed by Administration (Sgt Jacobs)

Case# 1:22-CV-00070-JB-GJF
Document # 8

November 07, 2021   09:32   # 14911539Z
Medical Grievance / injury
" I was slammed face first (left) half tooth broke off, injury my left arm with a metal plate (swelling) Both wrist swelling, Back and neck pain. The nurse working wouldn't give medical attention"

November 08, 2021   15:42
"This is not a request system, please speak to medical when they are in your housing area. If you have an emergency let security know and they will get medical. (HSA).

December 18, 2021   17:52   # 155367722
General Grievance / Civil Rights violation.
"I was injured on my left side of my body and face, I never got medical attention for it"

December 19, 2021   11:02
" you spoke with medical staff and they checked on you, when you were in medical procedures, recovering from pepper gel. If you feel like you have any other injuries. I can make sure that you have a medical request to turn in for them (sergeant Coleman)

December 18, 2021   17:50  #155367442
Medical Grievance / injury  12/15/21
" I never recieved medical attention"

December 27, 2021   10:54
" You were checked and cleared by medical staff" (Lt F Mejia)

Case # 1:22-CV-00070JB-GJF
Document #8

## Conclusion

Plaintiff respectfully ask this court to concider Aggravated Battery charges for injuries caused to Plaintiff by Defendants. Granting Plaintiff any additional relief the court believes to be necessary and just.

K-y Bog Jr
12-2022

Amended Note:
Amended Criminal Complaint: Document #8
Supporting evidences added paragraph #4 and #5.
Added Grievance Report from Global Tellink Co.

Kerry Begay #63310
871 Andre Drive
Farmington NM
87401

U.S. District Court
333 Lomas Blvd, NW
Suite #270
Albuquerque NM
- 87102 -

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 23 2022

MITCHELL R. ELFERS
CLERK